FILED
2021 NOV 1 PM 3:43
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA A. YOUNGER,<br><br>     Plaintiff,<br><br>v.<br><br>DR. OLSEN et al.,<br><br>     Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:21-CV-372-BSJ<br><br>District Judge Bruce S. Jenkins |

In an Order dated August 16, 2021, the Court required Plaintiff to within thirty days pay an initial partial filing fee (IPFF) of $11.67 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 8.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order. Indeed, Plaintiff has not contacted the Court since he submitted his complaint on June 16, 2021. (ECF Nos. 1-4, 6.)

**IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

11/1/21

BY THE COURT:

JUDGE BRUCE S. JENKINS
United States District Court